| | |
|---|---|
| NATHAN HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>G. HERRERA, et al.<br><br>Defendants. | No. 1:17-cv-01163-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CLAIMS FOR INJUNCTIVE RELIEF, AND REFERRING BACK TO MAGISTRATE JUDGE<br><br>(Doc. No. 7) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Nathan Hunter is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 14, 2017, the assigned magistrate judge issued findings and recommendations recommending that this action proceed against defendants G. Herrera, M. Martinez, T. Priest, and E. Buenostro on plaintiff's excessive force claims, and that plaintiff's claims for declaratory and injunctive relief be dismissed. (Doc. No. 7.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within fourteen days. (*Id.*) To date, no objections have been filed, and the time for doing so has passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued September 14, 2017 (Doc. No. 7) are adopted in full;
2. This action shall proceed on plaintiff's claims for monetary damages against defendants Herrera, Martinez, Priest, and Buenostro based on their alleged use of excessive force;
3. Plaintiff's request for declaratory and injunctive relief is dismissed; and
4. The matter is referred back to the assigned magistrate judge for intitation of service of process.

IT IS SO ORDERED.

Dated: **December 2, 2017**

UNITED STATES DISTRICT JUDGE